IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| TREVEON DOMINIQUE ANDERSON, Movant, | |
| v. | No.   3:21-CV-2421-K (3:14-CR-340-K-9) |
| UNITED STATES OF AMERICA, Respondent. | |

**MOTION TO ORDER MEMORANDUM OF LAW AND TO EXTEND DEADLINE TO FILE RESPONSE TO SECTION 2255 MOTION**

On October 6, 2021, the Court ordered the government to respond to movant Treveon Dominique Anderson's motion for relief under 28 U.S.C. § 2255. (Dkt. No. 3.) Under the Court's Order, the government's response is due within 60 days of the Order, or December 6, 2021. (*Id.* at 1.)

In assessing Anderson's motion filed on October 1, 2021, undersigned counsel observed that Anderson filed only a form Section 2255 motion that identifies multiple grounds for claims of ineffective assistance of counsel but provides no specificity and does not detail the factual allegations underlying his claims. (*See* Dkt. No. 2 at 4-8.) His motion is, at this point, subject to summary dismissal as conclusory. *See, e.g.*, *Basemore v. United States*, No. 3:10-CV-027-K, 2010 U.S. Dist. LEXIS 126138 (N.D. Tex. Nov. 29, 2010) ("[C]onclusory allegations are insufficient to raise cognizable claims of ineffective assistance of counsel."). In Anderson's cover letter accompanying the motion and in each ground of his motion, Anderson states that a memorandum of law

supporting his motion "will be forthcoming." (*E.g.*, Dkt. No. 2 at 13.)  Anderson has not filed a memorandum of law since filing his motion.

Due to the conclusory nature of Anderson's motion, the government is unable to prepare a meaningful response, except to move to dismiss the motion as conclusory.  In light of Anderson's statement that a memorandum of law is forthcoming, the government requests that the Court order Anderson to file his memorandum within a reasonable period—the government proposes within 60 days of the Court's order—and extend the government's deadline to file a response until 60 days after Anderson files his memorandum.

    Respectfully submitted,

    CHAD E. MEACHAM
    UNITED STATES ATTORNEY

    */s/Brian McKay*
    Brian McKay
    Assistant United States Attorney
    Texas Bar No. 24046395
    1100 Commerce Street, Third Floor
    Dallas, Texas 75242
    Telephone: (214) 659-8600
    brian.mckay@usdoj.gov

## CERTIFICATE OF SERVICE

  I certify that on November 11, 2021, I filed this notice with the clerk of court for the U.S. District Court, Northern District of Texas.   I also certify that a copy of this notice was sent to Treveon Dominique Anderson, Register Number 07559-479, Pollock USP, P.O. Box 2099, Pollock, Louisiana 71467, by first class mail.

              */s/Brian McKay*
              Brian McKay
              Assistant United States Attorney